# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. WOLFE, | Case No. 17-cv-00329-SK (PR) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MAPLE STREET CORRECTIONAL CENTER, et al., | |
| Defendant(s). | |

On April 26, 2017, the post office returned the court's mail to plaintiff as undeliverable. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 27, 2017

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge